IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BRIDGES,

      Plaintiff,                        No. CIV S-09-0940 DAD P

      vs.

SUSAN L. HUBBARD, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed two motions that are now pending before the court.

        First, on May 19, 2010, plaintiff filed a motion requesting a thirty day extension of time to file a third amended complaint pursuant to the court's April 27, 2010 order. Good cause appearing, plaintiff's request will be granted.

        Second, on May 20, 2010, plaintiff filed a motion to remove an exhibit from his second amended complaint. It appears that plaintiff's request in this regard may be motivated by a desire to attach this requested 1exhibit to his third amended complaint in support of one of his claims. In this regard, plaintiff is reminded that any third amended complaint that he elects to file must be complete in of itself. See Local Rule 220. All exhibits that he wishes the court to

1

1 review must be attached to the third amended complaint himself.  Therefore, if plaintiff would
2 like a copy of his second amended complaint he may make a request directly to the Clerk of
3 Court.  Plaintiff is advised, however, that he will be charged for any requested copies.

4       Accordingly, IT IS HEREBY ORDERED that:

5       1. Plaintiff's May 19, 2010 motion for an extension of time (Doc. No. 29) is
6 granted;

7       2. Plaintiff shall file and serve a third amended complaint within thirty days of
8 the date of this order; and

9       3. Plaintiff's May 20, 2010 motion to remove an exhibit to supplement his third
10 amended complaint (Doc. No. 30) is denied as unnecessary.  Plaintiff shall make any requests for
11 copies of pleadings previously filed with the court directly to the Clerk of Court.
12 DATED: May 25, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:sj
brid0940.36amc(3)