IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BRIDGES,

      Plaintiff,                      No. CIV S-09-0940 DAD P

   vs.

SUZAN L. HUBBARD, et al.,

      Defendants.           <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        Pending before the court are two motions brought by plaintiff related to service of process on defendant Marquez. First, plaintiff moves the court for an order staying this action until the United States Marshal serves defendant Marquez. Second, plaintiff seeks a court order directing the United States Marshal to obtain the forwarding address of defendant Marquez from the California Department of Corrections and Rehabilitation.

        Plaintiff is advised that the United States Marshal executed personal service on defendant Marquez on April 15, 2011. Accordingly, the court will deny plaintiff's motions as moot.

/////

1

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motions
2 (Doc. Nos. 58 & 59) are denied as moot.
3 DATED: May 9, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brid0940.moot