IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BRIDGES,

    Plaintiff,  No. CIV S-09-0940 DAD P

  vs.

SUZAN L. HUBBARD, et al.,

    Defendants.  <u>ORDER</u>

_____/

    Defendants have requested a two-week extension of time to file a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' motion for an extension of time (Doc. No. 83) is granted; and

    2. Defendants shall file a motion for summary judgment on or before September 10, 2012.

DATED: August 24, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brid0940.36msj