IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BRIDGES,

       Plaintiff,                      No. 2:09-cv-0940 GEB DAD P

    vs.

SUZAN L. HUBBARD, et al.,

       Defendants.           <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' October 8, 2012 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for an extension of time (Doc. No. 105) is granted; and

       2. Plaintiff shall place his opposition in the mail on or before May 10, 2013. Any reply shall be filed and served in accordance with Local Rule 230(l).

DATED: April 16, 2013.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
brid0940.36opp