1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE BRIDGES,

11              Plaintiff,                    No.  2:09-cv-0940 GEB DAD P

12        vs.

13   SUZAN L. HUBBARD, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16              Plaintiff has filed a motion for reconsideration of the undersigned's order

17   requiring him to file an opposition to defendants' motion for summary judgment within twenty-

18   one days.  Plaintiff contends that he never received a copy of defendants' motion.  In the interest

19   of justice, the court will direct the Clerk of the Court to send plaintiff a courtesy copy of

20   defendants' motion for summary judgment.  The court will also grant plaintiff an additional

21   twenty-one days to file his opposition to the motion.

22              Good cause appearing, IT IS HEREBY ORDERED that:

23              1.  Plaintiff's motion for reconsideration (Doc. No. 108) is granted;

24              2.  The Clerk of the Court is directed to send plaintiff a courtesy copy of

25   defendants' motion for summary judgment (Doc. Nos. 91-93); and

26   /////

1

3.  Plaintiff shall file an opposition to defendants' motion for summary judgment within twenty-one days.  Defendants shall file a reply, if any, in accordance with Local Rule 230(l).

DATED: April 29, 2013.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brid0940.36opp(2)

2