IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BRIDGES,

        Plaintiff,                    No. 2:09-cv-0940 TLN DAD P

    vs.

SUZAN L. HUBBARD, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On March 26, 2013, the Magistrate Judge issued an order denying plaintiff's motion for the court to allow him to communicate with prisoners at other prisons. Under the mailbox rule, on May 5, 2013, plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ." E.D. Local Rule 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of March 26, 2013, is therefore untimely.

/////

/////

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's May 5, 2013, request for
2  reconsideration (Doc. No. 112) is denied.

4  DATED: June 6, 2013

                                        Troy L. Nunley
                                        United States District Judge

9  /brid0940.851