UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BRIDGES,

        Plaintiff,                      No.  2:09-cv-0940 TLN DAD P

vs.

SUZANN L. HUBBARD, et al.,

        Defendants.            **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Willie Bridges, inmate C-62349 a necessary and material witness in proceedings in this case on January 9, 2014, is confined in San Quentin State Prison, San Quentin, California, 94964, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd to appear by video-conferencing at San Quentin State Prison, January 9, 2014, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden, San Quentin State Prison, San Quentin, California, 94964:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  November 7, 2013

_[signature: Dale A. Drozd]_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp
brid0940.841vc