### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

**WILLIE BRIDGES,**

          **Plaintiff,**                **No.  2:09-cv-0940 TLN DAD P**

  **vs.**

**SUZANN L. HUBBARD, et al.,**

          **Defendants.**        **AMENDED ORDER & WRIT OF HABEAS**
                                 /       **CORPUS AD TESTIFICANDUM**

       Willie Bridges, inmate C-62349, a necessary and material witness in proceedings in this case on February 13, 2014, is confined in San Quentin State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at San Quentin State Prison, February 13, 2014, at 10:00 am.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

       3.  The writ of habeas corpus ad testificandum issued on November 8, 2013, is vacated; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, San Quentin State Prison, San Quentin, California 94964:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  November 25, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kly
brid0940.841vc(2)