UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BRIDGES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUZAN L. HUBBARD et al.,<br><br>　　　　　Defendant. | No.  2:09-cv-0940 TLN DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion seeking to obtain the attendance of incarcerated witnesses at trial as well as a "pretrial disclosure."  Plaintiff has not, however, filed a pretrial statement. Plaintiff is advised that he is required to file a pretrial statement that addresses each of the matters listed in Local Rule 281(b).

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order plaintiff shall file a pretrial statement that addresses the matters listed in Local Rule 281(b).  Failure to do so will result in a recommendation for dismissal of this action.

Dated:  August 4, 2014

DAD:9
brid0940.pts

　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28