# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BRIDGES, | No. 2:09-cv-0940 TLN DAD P |
| Plaintiff, | |
| v. | ORDER |
| SUZAN L. HUBBARD, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action. Pending before the court is plaintiff's motion to obtain the attendance of incarcerated witnesses at trial.

An incarcerated witness who voluntarily agrees to attend trial to give testimony cannot come to the court unless the court orders the warden or other custodian to transport the witness to court. The court will not issue such an order unless it is satisfied that each prospective witness is willing to attend trial and has actual knowledge of relevant facts.

In this case, plaintiff seeks an order compelling the attendance of two incarcerated witnesses, Kinte Hogan (P-86468) and Darryl Johnson (C-19298), at the trial of this action. In support of his request, plaintiff offers his own declaration as well as the declaration of one of two of his prospective witnesses. The court is satisfied that these prospective witnesses are willing to attend trial and have actual knowledge of relevant facts.

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to obtain the attendance of incarcerated witnesses at trial (Doc. No. 141) is granted.  At the appropriate time, the court issue separate orders and writs of habeas corpus ad testificandum for Kinte Hogan (P-86468) and Darryl Johnson (C-19298) to appear at trial.

Dated: September 26, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brid0940.wits