UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BRIDGES,<br><br>    Plaintiff,<br><br>    v.<br><br>SUZAN L. HUBBARD, et al.,<br><br>    Defendants. | No. 2:09-cv-0940-TLN-EFB (TEMP) P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently scheduled for jury trial on January 25, 2016 at 9:00 a.m. in Courtroom No. 2 before United States District Judge Troy L. Nunley. Plaintiff has requested sixteen blank subpoena forms for witnesses at trial. In addition, as the on-line inmate locator operated by the California Department of Corrections and Rehabilitation ("CDCR") shows that Kinte Hogan, inmate # C-19298, is no longer in CDCR custody, it appears that plaintiff may need a seventeenth subpoena form for Mr. Hogan.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court issue plaintiff seventeen blank subpoenas. Plaintiff is reminded that, not earlier than four weeks and not later than two weeks before trial, plaintiff must prepare and submit to the United States Marshal any subpoenas for service by the Marshal upon the witness(es). Plaintiff must also tender an appropriate sum of money to the witness(es) through the United States Marshal. In the case of an

1

unincarcerated witness, the appropriate sum of money is the daily witness fee of $40.00 plus the witness' travel expenses ($0.575 per mile). A subpoena will not be served by the United States Marshal upon an unincarcerated witness unless the subpoena is accompanied by a money order made payable to the witness for the full amount of the witness' travel expenses plus the daily witness fee of $40.00.

DATED: December 23, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE